BUILDERS BLOCK & SUPPLY CO., INC. v.
SAINT BRENDAN CONST., CO.

September 23, 1976. Petition for certification denied. (See 141 *N. J. Super.* 458)

JOSEPH J. SANDLER v.
LAWN-A-MAT CHEMICAL & EQUIPMENT CORP.

September 23, 1976. Petition for certification denied. (See 141 *N. J. Super.* 437)

STATE OF NEW JERSEY v. WILLIAM J. HAUSER.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HOZINE MC CRAY.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD R. RAVICH.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD R. RAVICH.

September 23, 1976. Petition for certification denied.